**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUMBERTO HEREDIA,

                  Plaintiff,                        **ORDER**

                -against-                   **24-CV-6891 (DEH) (JW)**

RONALD L. MCMAHON *et al.*,

                  Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defendants are ordered to respond with their position on issues raised by Plaintiff at Dkt. No. 22. In the event the parties agree on a revised discovery schedule, the parties may instead file a joint letter with proposed discovery dates. Defendants' letter response and/or the parties' joint letter shall be no more than two pages and is due on **September 12, 2025**.

      SO ORDERED.

DATED:    New York, New York
                September 4, 2025

                                                           */s/ Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge