**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
HUMBERTO HEREDIA,

                           Plaintiff,

                     -against-

RONALD L. MCMAHON *et al.*,

                         Defendants.
-------------------------------------------------------------------X

                             **ORDER**

                      **24-cv-6891 (DEH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 20, 2025, this Court referred the instant action for mediation, directing the parties to file a joint status letter within one week of the conclusion of the mediation. Dkt. No. 27. On December 10, 2025, the parties attended mediation but were "unsuccessful in resolving any issue in the case." Dkt. No. 28.

The Court has not heard from the parties regarding mediation despite its October 20th order. To that end, the parties are directed to file a joint status letter, no more than three pages, by **February 27, 2026.** The letter should include the status of the case and proposed next steps. As of December 23, 2025, discovery is closed. Dkt. No 25. As such, if either side intends to file for summary judgment, the joint letter should propose a briefing schedule. If not, the parties should indicate whether they are ready for trial.

      SO ORDERED.

DATED:    New York, New York
           February 18, 2026

                                 *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                            United States Magistrate Judge